UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

JESSE FIELDS, LOOKMAN SULAIMON, PATRICIA JOHNSON, FELICIA NOEL, FRANCISCO NIEVES, LAKYSHA ALLEN, YOLANDA THOMAS, YVONNE LANE, CHERI ROACH, DAVID BELL, ROSE MIDDLETON, and THANIA ACOSTA,

        Plaintiffs,

v.

GREGORY RUSS, and NEW YORK CITY HOUSING AUTHORITY,

        Defendants.

**ORDER**

19 Civ. 11368 (ER)

Ramos, D.J.:

    As all claims against all defendants have either been settled or dismissed, Doc. 56, the Clerk of Court is respectfully directed to close the case.

    It is SO ORDERED.

Dated:  December 15, 2021
        New York, New York

                                            Edgardo Ramos, U.S.D.J.